**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire
DEICHES & FERSCHMANN
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
Attorneys for Debtors and Debtors-in-Possession

IN RE:

ROBERT T. SWINT and DEBORA C. SWINT,

    Debtors and Debtors-in-Possession.

Order Filed on 05/15/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No. 12-19562

Judge: Honorable Gloria M. Burns

Chapter 11

Hearing Date:  May 7, 2013
                2:00 p.m.

## ORDER CONFIRMING DEBTORS' FIRST MODIFIED
## PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: 05/15/2013

_____
Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

(Page 2)

In re: ROBERT T. SWINT and DEBORA C. SWINT

Case No.: 12-19562-GMB

Caption of Order: **ORDER CONFIRMING DEBTORS' FIRST MODIFIED PLAN OF REORGANIZATION**

---

The First Modified Plan of Reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code filed by Robert T. Swint and Debora C. Swint, Debtors and Debtors-in-Possession herein ("Debtors"), on March 23, 2013, having been transmitted to creditors, equity holders and other parties in interest, and a hearing having been conducted to consider confirmation of the Plan on May 7, 2013, and the Court having considered the Plan, the Certification of Robert T. Swint in support of confirmation filed May 6, 2013, and the proffer made by Ira R. Deiches, Esquire of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors in lieu of testimony, in the absence of any objections to confirmation, and it having been determined, after hearing on notice, that:

1. The Plan has been accepted in writing by the creditors, equity holders and parties in interest whose acceptances are required by law;

2. The Plan complies with the applicable provisions of Title 11, United States Code;

3. Debtors have complied with the applicable provisions of Title 11, United States Code, and have proposed a Plan in good faith and not by any means forbidden by law;

4. Each impaired holder of a claim has accepted the Plan or will receive or retain under the Plan on account of such claim property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if Debtors were liquidated under Chapter 7 of Title 11, United States Code, on such date, unless said holder agreed to less favorable treatment;

5. Any payment made or to be made by Debtors for services or for costs and expenses in connection with the case has been approved by Order or is subject to the approval of this Court as being reasonable;

6. All applicable requirements of §1129 of Title 11, United States Code, whether or not specifically referenced above, have been satisfied;

*Approved by Judge Gloria M. Burns May 15, 2013*

(Page 3)

| | |
|---|---|
| In re: | ROBERT T. SWINT and DEBORA C. SWINT |
| Case No.: | 12-19562-GMB |
| Caption of Order: | **ORDER CONFIRMING DEBTORS' FIRST MODIFIED PLAN OF REORGANIZATION** |

---

**NOW, THEREFORE, IT IS ORDERED** that the First Modified Plan filed by Debtors be and is hereby confirmed pursuant to 11 U.S.C. §1129(a); and it is

**FURTHER ORDERED** that Debtors be and are hereby authorized, directed and empowered to take all actions necessary or appropriate to implement the Plan in accordance with its terms and consistent with this Order, including the transfer of Debtors' property at 15160 Lakeland Circle, Port Charlotte, Florida, to the holder of the Class IV claim identified in the Plan; and it is

**FURTHER ORDERED** that all administrative claims and claims for professional fees shall be filed with this Court within ninety (90) days from the date this Order becomes a Final Order, pursuant to D.N.J. LBR 2016-1(i); and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction over this Chapter 11 case to the fullest extent permitted by law, as more fully set forth in the Plan.

*Approved by Judge Gloria M. Burns May 15, 2013*