UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No.: _____12-19562_____ |
| ROBERT T. SWINT and | : | |
| DEBORA C. SWINT, | : | Judge: ___Hon. Gloria M. Burns___ |
| Debtor(s) | : | |
| | : | Chapter: 11 |

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: ___June 13, 2013___   Date Plan Confirmed: ___May 15, 2013___

Check one:   ☑ Initial Distribution
　　　　　　 ☐ Subsequent Distribution

Will future distributions be made under the Plan    ☑ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

　　☑ Administrative fees and expenses
　　☑ Secured claims
　　☐ Priority secured claims
　　☑ General unsecured claims
　　☐ Equity security holders

Anticipated date of next distribution, if known: ___July 13, 2013___

Percentage dividend to general unsecured creditors:

　　Paid in this distribution:　　　　　　　　　　　　　　　___.50___ %
　　Paid to date:　　　　　　　　　　　　　　　　　　　　___.50___ %
　　To be paid after all distributions made under Plan:　　___35___ %

**Summary of Payments Made in This Distribution:**

| | |
|---|---|
| $ _____ | Administrative fees and expenses |
| $ _____ | Secured claims |
| $ _____ | Priority unsecured claims |
| $ 2000.00 | General unsecured claims |
| $ _____ | Equity security holders |
| $ 0 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding Plan distributions may be directed to:

Name: Robert T. Swint

Company: _____

Address 1: 1283 Marlkress Road

Address 2: _____

City, State, ZIP: Cherry Hill, NJ 08003

Telephone: (609) 922-6942

Facsimile: _____

Email: robert.swint@verizon.net

Relationship to Plan proponent: self-Debtor is proponent

I certify under penalty of perjury that the foregoing is true and correct.

DATE: 6/16/2013                             Robert J. Swint
                                            Disbursing Agent

*Rev.8/1/10*

2

| Payment was sent by U.S. Mailed to each Creditor's Address Below: | #1 - June 13, 2013 Payment Amount | Check # |
|---|---|---|
| Creditor: (513300543)<br>Multibank 2009-1 RES-ADC Venture, LLC<br>c/o Richard A. Barkasy, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>220 Lake rive East, Suite 200<br>Cherry Hill, NJ 08002-1165<br>Entered by: Richard A. Barkasy | $1,576.95 | 337 |
| Creditor: (513047837)<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br>Entered by: Derek Johnson | $71.56 | 338 |
| Creditor: (513047837)<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br>Entered by: Derek Johnson | $61.85 | 339 |
| Creditor: (512978779)<br>Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706<br>Entered by: Melissa K. Yateshin | $52.55 | 340 |
| Creditor: (513047837)<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br>Entered by: Derek Johnson | $53.14 | 341 |
| Creditor: (513047837)<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br>Entered by: Derek Johnson | $38.71 | 342 |

| | | |
|---|---:|---:|
| Chase Bank<br>Visa<br>Attn: Inquiries<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | $36.64 | 343 |
| Creditor: (512970021)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $33.02 | 344 |
| Sears Master Card<br>Sears Credit Cards<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | $17.15 | 345 |
| Creditor: (513128000)<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>Entered by: Thomas A. Lee, III | $17.06 | 346 |
| Creditor: (513122511)<br>EnerBank USA<br>1245 East Brickyard Road, Suite 600<br>Salt Lake City, Utah 84106<br>Entered by: lgr | $14.79 | 347 |
| Chase Bank<br>Master Card ToysRus<br>Attn: Inquiries<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | $13.82 | 348 |
| Citi Driver's Edge Card<br>Customer Service<br>BOX 6500<br>Sioux Falls, SD 57117 | $10.05 | 349 |
| Flagship Resort Condominium Owners Association, Inc.<br>60 North Maine Avenue<br>Atlantic City, NJ 08401 | $2.71 | 350 |